FILED
CHARLOTTE, NC

OCT 21 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO.: 5:26cr30-MEO |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| **v.** | ) | |
| | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | |
| **JAKECO JOHNSON** | ) | |
| | ) | |

THE GRAND JURY CHARGES:

**COUNT ONE**
*(Possession of a Firearm by a Felon)*

On or about October 1, 2026, in Catawba County, within the Western District of North Carolina, the defendant,

**JAKECO JOHNSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, model 22, .40 caliber semi-automatic pistol, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock, model 22, .40 caliber semi-automatic pistol and ammunition.

[redacted]
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY